AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**ANTHONEY STEWART**
DOB:

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about   <u>September 11, 2005</u>   in   <u>Washington, D.C.</u>   county, in the <u>United States</u>   District of <u>Columbia</u>   defendant(s) did,

See attached affidavit

In violation of Title   <u>21</u>   United States Code, Section(s)   <u>841(a)(1) and 841(b)(1)(A)(iii)</u>   .

I further state that I am   <u>Steve Manley, Officer with the Metropolitan Police Department</u>  ,  and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____

Signature of Complainant

AUSA, Emory V. Cole   (202) 616-3389          Steve Manley, Officer

Sworn to before me and subscribed in my presence,     Metropolitan Police Department

                                                         at     <u>Washington, D.C.</u>

_____                                  _____
Date                                                        City and State

_____                                  _____
Name & Title of Judicial Officer                            Signature of Judicial Officer