AO 442 (Rev. 12/85) Warrant for Arrest

21111636

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

ANTHONEY STEWART

**FILED**
JAN 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 023M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANTHONEY STEWART__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
**for distribution of cocaine base, also known as crack cocaine.**

in violation of Title __841(a)(1) and 841(b)(1)(A)(iii)__ United States Code, Section(s) __21__.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name of Issuing Officer
[signature]
Signature of Issuing Officer

Title of Issuing Officer
District of Columbia
JAN 13 2006
Date and Location

Bail fixed at $ __Hold__   by [signature]
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Jan 13, 2006 | Steven Manley DFC MPD | [signature] |
| DATE OF ARREST Jan 26, 2006 | | |