UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

        v.                                     :          CR. NO. 06-29-01 (PLF)

ANTHONY STEWART                    :

DEFENDANT'S REQUEST FOR NOTICE OF GOVERNMENT'S
INTENTION TO USE RULE 404(B) EVIDENCE AT TRIAL

      The defendant, through undersigned counsel, pursuant to Rules 104(a), 403, and 404(b) of the Federal Rules of Evidence, respectfully moves this honorable court to order the government to provide notice of its intention to use at trial (either in its case-in-chief or in its rebuttal case) any evidence which the government contends is admissible under FRE 404(b). In support of his request, the defendant states the following:

      1. The defendant stands indicted along with a co-defendant on charges of engaging in a narcotics conspiracy pursuant to 21 U.S.C. §846 to distribute cocaine and cocaine base. The indictment also charges that between March, 2005 and January 2006, the defendants engaged in five sales to an undercover police officer. At present, there is no scheduled trial date in this matter, and the co-defendant has yet to appear before this court.

      2. While a substantial amount of discovery has been provided to counsel dealing with the particular events charged in the indictment, the defendant is concerned that because of a possible relationship between one or both of the defendants with a "cooperating witness" that evidence of additional drug dealing that is not intrinsic to the alleged conspiracy might be introduced at trial.

1

3. For that reason, the defendant is requesting that this court order the government to provide advance notice of evidence of "similar acts" or other illegal acts that it intends to introduce at trial pursuant to FRE 404(b).

4. The introduction of "similar acts" evidence may be extremely prejudicial to the defendant. Due process imposes an obligation on the government to formally disclose its intention to use such evidence and the nature of the evidence. Only then can the defense be in a position to effectively investigate and rebut the proffered evidence. Moreover, under Rule 104(a) of the Federal Rules of Criminal Procedure, preliminary questions regarding admissibility of evidence shall be determined by the court. If the court is aware that the government will seek to introduce Rule 404(b) evidence, the admissibility issue can be litigated prior to trial, thus expediting the trial while allowing careful scrutiny by the court.

5. Additionally, disclosure will allow the defense a fair opportunity to meet the similar act evidence on the merits and prevent prejudicial surprise. See Baum v. United States, 482 F.2d 1325 (2nd Cir. 1973). Further, the parties may be able to stipulate to the facts in issue, thus rendering the introduction of similar acts evidence unnecessary, and, once again, expediting the trial. See United States v. DeVaugh, 601 F.2d 42, 46 (2nd Cir. 1979).

6. Equally important, prompt disclosure of such information will permit the defense to efficiently and economically use its resources and, potentially, eliminate the unnecessary expenditure of time and money in connection with the defense of this matter.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant his request and require the government to promptly disclose its intention to use other crimes evidence.

        Respectfully submitted,

        _____

        Edward C. Sussman No. 174623
        Suite 900 - South Building
        601 Pennsylvania Avenue N.W.
        Washington, D.C. 20004
        (202) 737-7110

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2006,, a copy of the foregoing was served electronically on AUSA Emory Cole, U.S. Attorney's Office, 555 4th Street N.W., Washington, D.C. 20001.

        _____
        Edward C. Sussman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CR. NO. 06-29-01 (PLF) |
| ANTHONY STEWART | : |

### O R D E R

The court has before it the request of the defendant that the government be required to disclose its intention to introduce "other crimes evidence" pursuant to FRE 404(b). The court finds that the defendant has advanced good cause for this request. It is, therefore, this _____ day of _____, 2006,

ORDERED, that the motion be, and hereby is, GRANTED.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

cc: Edward C. Sussman, Esq.
    Emory Cole, Esq.