UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. NO. 06-29-02 (PLF) |
| ANTHONY STEWART | : | |

MOTION FOR WITHDRAWAL OF COUNSEL

Edward C. Sussman, Esq., appointed counsel for the defendant, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that he be permitted to withdraw in this matter. In support of his request, counsel states the following:

1. The defendant stands indicted in a multi-count indictment charging him, along with a co-defendant in engaging in a number of narcotics transactions with an undercover police officer. No trial date has been set in this matter.

2. Counsel has been informed that the defendant has retained Richard Samad, Esq. as his counsel in this matter. Mr. Samad has entered his appearance in this matter.

3. Counsel will turn over copies of all discovery materials and relevant items to Mr. Samad in a timely fashion.. Undersigned counsel will do everything necessary to make the transfer as smooth and efficient as possible.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant his request and allow him to withdraw in this matter..

Respectfully submitted,

_____
Edward C. Sussman No. 174623
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2006 a copy of the foregoing was served on all interested parties through the electronic filing system and by first class mail on the defendant at the D.C. Jail.

_____
Edward C. Sussman

Case 1:06-cr-00029-PLF    Document 15    Filed 05/04/2006    Page 3 of 3