UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CR. NO. 06-29--02 (PLF) |
| ANTHONY STEWART | : |

<u>O R D E R</u>

The court has before it the request of Edward C. Sussman, Esq, that he be granted leave to withdraw in this matter. The court notes that retained counsel has entered his appearance and for that reason, it is therefore this _____ day of _____, 2006,

ORDERED, that the motion be, and hereby is, granted.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE