UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-0029 (PLF) |
| | ) | |
| ANTHONY STEWART and GILBERT HUGH THOMAS, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Pursuant to the decisions made and agreements reached at the status conference held on July 19, 2006, it is hereby

ORDERED that there will be another status conference for defendant Gilbert Thomas only on August 18, 2006 at 9:15 a.m.; this status conference does not involve co-defendant Anthony Stewart whose proceedings for the time being are on a separate track; it is

FURTHER ORDERED that all motions to be filed by counsel for the government and counsel for defendant Anthony Stewart shall be filed no later than September 7, 2006, and all oppositions shall be filed by September 29, 2006; in view of the schedule of the undersigned and the desire of counsel to have the motions heard and resolved in October, it is

FURTHER ORDERED that the Anthony Stewart portion of this case is transferred to the Honorable Rosemary M. Collyer for purposes of hearing and decision on

suppression motions and any other motions that might affect the progress of the case. Judge Collyer's Chambers will advise counsel as to the precise date and time in October for the hearing;[1] and it is

      FURTHER ORDERED that the case be transferred back to the undersigned for the scheduling of a trial if defendant Stewart decides to proceed to trial; if defendant decides to enter into a plea of guilty Judge Collyer has agreed to take the plea in view of the unavailability of the undersigned during the relevant time period, and then to transfer the case back to the undersigned for sentencing.

      SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 26, 2006

---

[1] The undersigned will decide any motions filed under Rule 404(b) or Rule 609 of the Federal Rules of Evidence at a later date.