UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ANTHONY STEWART )<br>)<br>Defendant. )<br>) | Criminal No. 06-0029 (PLF) |

ORDER

This matter came on for a status conference on January 26, 2007. As a result of discussions and representations at the status conference, it is hereby

ORDERED that trial in this case shall commence on May 21, 2007 at 9:30 a.m. It is anticipated to last no more than five days. This is a firm trial date; it is

FURTHER ORDERED that any motions and oppositions to already filed motions shall be filed on or before March 15, 2007; and it is

FURTHER ORDERED that any oppositions to motions filed on March 15, 2007 shall be filed on or before March 30, 2007. Counsel for either party or counsel jointly may request a status conference or a motions hearing at any time. Any matters that require the Court's attention, however, must be brought before the Court sufficiently in advance of the trial date.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 26, 2007