UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal No. 06-0029 (PLF) |
| ANTHONY STEWART, | ) | |
| Defendant. | ) | |

ORDER

This case is scheduled for trial to begin on May 21, 2007 at 9:30 a.m. The parties therefore are directed to file their proposed voir dire questions and proposed jury instructions on or before May 10, 2007. With respect to standard jury instructions, a list of requested instructions from the Red Book will suffice. In addition to filing the foregoing, counsel shall also e-mail the same to Chambers.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 30, 2007