**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | : |
| | : |
| **vs**. | :   **CRIMINAL NUMBER: 06-029** |
| | : |
| **ANTHONY STEWART** | : |

## <u>STATEMENT</u>

    The defendant hereby notifies this Honorable Court that the standard voir dire questions and jury instructions are satisfactory. The defendant has no special requests.

Respectfully submitted,

Anthony Stewart
By Counsel

_____
Richard Samad, 462384
Counsel for Anthony Stewart
1201 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20004
(202) 316-0072

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a copy of the foregoing statement was hand delivered to the Office of the U.S. Attorney, at 555 4th Street NW, Washington, D.C., 20530, today.

_____
Richard A. Samad