CO-526
(Rev. 4/91)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED
MAY 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. )    Criminal No. 06-029 (PLF)
)
Anthony Stewart )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant hereby waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____
United States Attorney

Approved: _____
United States District Judge

May 21, 2007