UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | : |
| vs. | : CRIMINAL NUMBER: CR-06-029-01 |
| **ANTHONY STEWART** | : |

**A MOTION SEEKING A NEW SENTENCING DATE AND PERMISSION TO LATE FILE THE RECEIPT AND ACKNOWLEDGEMENT OF THE PRE-SENTENCE INVESTIGATION REPORT**

Comes now, Richard Samad, counsel for the above named defendant, to request a new sentencing date and permission to late file the receipt and acknowledgement form of the pre-sentence investigation report. As grounds for the motion, Richard Samad states the following:

1. Undersigned counsel has fallen behind on office matters due to a professional crisis.

2. Undersigned counsel has yet to fully study the pre-sentence report and has yet to advise Anthony Stewart accordingly.

3. Undersigned counsel has spoken with Emory Cole who advises that he does not oppose this motion.

4. Undersigned counsel requests permission to file the receipt and acknowledgement form of the pre-sentence investigation report on September 14, 2007.

5. Emory Cole requests that should this continuance be granted, it should be re-set on a Friday.

6. Undersigned counsel is available on the following Friday dates -- September 21, October 5, October 12th, October 19th, and October 26th.

**WHERFORE,** for the foregoing reasons and any other that this Honorable Court may deem just and proper, Richard Samad requests that this Court grant the motion.

Respectfully submitted,

Anthony Stewart
By Counsel

**/s/ Richard Samad**
Richard Samad, 462384
Counsel for Anthony Stewart
1101 Pennsylvania Avenue
Suite 600
Washington, DC 20004
(202) 316-0072 (cell)

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion was mailed to the Office of the U.S. Attorney, at 555 4th Street NW, Washington, D.C., 20530, today.

_____
Richard A. Samad

_____

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : CRIMINAL NUMBER: CR-06-029-01 |
| ANTHONY STEWART | : |

## ORDER

In consideration of the motion seeking a new sentence date and permission to late file the receipt and acknowledgement of the pre-sentence investigation report, and in consideration of any opposition hereto, it is hereby ORDERED, this _____ day of September that the motion is granted.

_____
JUDGE