Nov 12, 2007

Docket No: CR-06-029-01

Anthony Stewart

#308-187/SW-1 Cell #13

1901 D. ST. S.E.

Washington, D.C. 20003

FILED

NOV 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Honorable, Paul L. Friedman

United States District Court

333 Constitution Ave N.W. Suite 6012

Washington, D.C. 20001-2866

Dear, Honor

I am writing this letter inregard to my Plea Agreement and my Lawyer Mr. Richard Alan Samad and the Presentence Investigation Report which I am very unhappy with all of it.

First of all I never want to plea guilty but I accepted the advice of my Lawyer. He stated that Gilbert "Bill" Thomas was working with the government and he was going to come to court and testify against me. Honor when you asked me did I understand I really did not, I really trust what my Lawyer was telling me to say, so I said yes. But If you can remember every time you said some thing I would look at my Lawyer First before I would answer you. Be...

I didn't have know Idea what was going on. I put my trust in my Lawyer because I thought he was in the best of my intrest.

My Lawyer Also stated that the Judge have a very bad back problems And he don't want to go through a long trial because that would make him very Angry At me.

From the begining my Lawyer told me not to worry myself because the tap didn't have Anything on it that could hurt me. Mr. Samad only told my Friend Mrs. Katie Ferguson that he was going to win this case, so don't worry yourself. Mr. Samad only come to visit me when it's Around the time to go to court. Mrs. Katie tryed to call him several time and never was able to reach him. She Asked me do I really trust my Lawyer? I told her I don't Know what to think or believe.

Two week befor trail he came to visit me and stated everything was okay. Three day later he came back to see me and stated that he had bad news. He pull out another tap that showed me evidence that wasn't on none of the other taps that we looked at befor. I was tatolly shock. At that time that is when he told me I must plea guilty. I was tatolly hurt. Honor the very first time I met the agen' I ask him was he a police? He said no, he has a boat that he give trips on.

I thought once when I plea guilty The Govern
-ment would dismiss five or six of the counts and I

would only be charge with two counts. If I would have known I was pleading guilty to the whole Indictment. I would have never did it. P.S.I report state that I owe the government 12 million in Fines. Honor, I would never agree to this. Honor, I work for Mr. Gilbert "Bill" Thomas I never made any money because I was nothing but a carryer. Mr. Samad also want me to cooperate with the government. I told him he can tell the prosecutor the D.E.A. that I don't know nothing, my boss Gilbert Bill Thomas know everything.

Mr. Samad stated that the prosecutor told him that since I was a Jamican. I suppose to know about all of the illegal actives of the Jamicans. When being debrief by the prosecutor and D.E.A. agent they both asked me did I know about any murders. All of the Jamican that I know are all working Taxs paying peoples. My wife and daughters, most of my friend are American.

On Oct 12, 2007 My friend Mrs. Katie Ferguson went to court and didn't know that my case was sit off. She ran In to Mr. Samad and one of the D.E.A. Agent thats working on my case. Mr. Samad offer to take Mrs. Ferguson to lunch with them, but she refuse. Mr. Samad stated that him and the D.E.A. Agent are close friend and they grow up together and he is a good person. The agent then said he was from the Island. Mr. Samad started telling Mrs. Ferguson that Stewart was a very stubborn man. I have been trying to

Can get out of jail. Mr. Samad ask Mrs. Ferguson to please talk to Stewart, he might listen to you.

Mrs. Ferguson can't understand why would Mr. Samad approach her with anything like that dealing this case, because she don't know any thing and don't want to be involve. Mr. Samad also told Mrs. Ferguson that the Judge was a Jew and she really can't believe that he made a statement like that to her. Mrs. Ferguson called and spoke to Ms. Kathie McGill about the statement that Mr. Samad made to her, about the Judge because she was trying to understand what was he really trying to say.

Honor, God appoint you to be the Judge over the people who come in your courtroom I think you are a very fair Judge.

I said, Rulers and Judge, you are gods. You are all children of the most High God.

God bliss you and your family.

FIRST CLASS
USA
2006

SUBURBAN MD 203

19 NOV 2007 PM 3 T

Received
Room

NOV 20 2007

Nancy Mayer Whitt... ...on, Clerk
US District Court, District ... ...lumbia

Anthony Stewart
#308-187/SW-1 cell #13
1901 D. St. SE.
Washington, D.C. 20003

To: Honorable. Paul L. Friedman
United State District Court
333 Constitution Ave Suite 6012
Washington, D.C. 26001-2866

20001+28o2