## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | : |
| vs. | : CRIMINAL NUMBER: CR-06-029-01 |
| **ANTHONY STEWART** | : |

### MOTION TO WITHDRAW

Comes now, Richard Samad, counsel for the above named defendant, to request permission to withdraw. In support of the motion undersigned counsel states the following:

1. Anthony Stewart has written a letter to this Honorable Court. This letter attributes statements to undersigned counsel that were never made.

2. Anthony Stewart's letter has brought disrepute to undersigned counsel.

3. Undersigned counsel cannot continue to represent Anthony Stewart because a conflict has been created.

**WHERFORE,** for the foregoing reasons and any other that this Honorable Court may deem just and proper, Richard Samad requests that this Court grant the motion.

Respectfully submitted,

**/s/ Richard Samad**
Richard Samad, 462384
Counsel for Anthony Stewart
1101 Pennsylvania Avenue
Suite 600
Washington, DC 20004
(202) 316-0072 (cell)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion will be mailed to the Office of the U.S. Attorney, at 555 4th Street NW, Washington, D.C., 20530, tomorrow and to Anthony Stewart at the District of Columbia Jail.

_____
Richard A. Samad

_____

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **vs**. | :   **CRIMINAL NUMBER:  CR-06-029-01** |
| | : |
| **ANTHONY STEWART** | : |

## **ORDER**

In consideration of the motion to withdraw, and in consideration of any opposition hereto, it is hereby ORDERED, this _____ day of December 2007 that the motion is granted.

_____
JUDGE

-- 3