UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

v.                              :       CR. NO. 06-29-01 (PLF)

ANTHONY STEWART                 :

## NOTICE OF APPEARANCE

The Clerk will please note the appearance of Edward C. Sussman, as counsel for the defendant in this matter.

_____/s/_____
Edward C. Sussman No. 174623
Suite 900 South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was served on AUSA Emery Coale, 555 4th Street N.W., Washington, D.C. 20530, this 8th day of January, 2008 by electronic filing.

_____/s/_____
Edward C. Sussman

1