UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

      v.                                          :          CR. NO. 06-29 (PLF)

ANTHONY STEWART                   :

DEFENDANT'S MOTION TO CONTINUE STATUS HEARING
PRESENTLY SCHEDULED FOR APRIL 15, 2008

     The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, and with the consent of the government, respectfully requests that this honorable court vacate the status hearing date of April 15, 2008, and reset the matter on a convenient date during the week of May 5, 2008. In support of this request, the defendant states the following:

     1. A status hearing is presently set for April 15, 2008. This date was set so that the defendant could determine if he wished to pursue his attempt to withdraw his guilty plea of whether he wished to proceed to sentencing. While the defendant and counsel have had the opportunity to review most relevant material, the transcript of the plea proceeding remains outstanding.

     2. Counsel simply cannot advise Mr. Stewart of the possibility of succeeding in any attempt to withdraw the plea without reviewing the transcript. As the court is well aware, some impropriety in the Rule 11 colloquy is a necessity to any effort to withdraw one's plea. The court reporter who transcribed the relevant proceedings has indicated that plea transcript will not be prepared in enough time for counsel to review it, and discuss the matter with the defendant.

3. The time constraints on counsel are further exacerbated by his scheduled trial in the Fairfax County Circuit Court between April 8th and April 14th, 2008.  Consequently, it is extremely unlike that the status hearing, if held on April 15th, will move this case forward.

4. The interests of justice and judicial economy favor the granting of this motion.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that his motion be granted, and that the hearing be continued.

_____/s/_____
Edward C. Sussman, No. 174623
Counsel for Defendant Stewart
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served electronically on all interested parties this 30st day March, 2008.

_____/s/_____
Edward C. Sussman