UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CR. NO. 06-29 (PLF) |
| ANTYONY STEWART | : |

O R D E R

The court has before it the request of the defendant that a status hearing, presently scheduled for April 15, 2008, be continued until the week of May 4, 2008. The court concludes that the defendant has advanced good cause for this request. It is, therefore this _____ day of _____, 2008,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the parties appear for a statush hearing on _____, 2008 at _____ o'clock.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE