AO 245B   (Rev. 06/05) (Rev. DC 12/15/05) Judgment in a Criminal Case
Sheet 1

**FILED**

# UNITED STATES DISTRICT COURT
## for the District of Columbia

JUN 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>ANTHONY STEWART<br>a/k/a "Pops", a/k/a "Anthoney Stewart", a/k/a<br>"Errol Edward Cole", a/k/a "Errol Emanuel Cole" | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:   06-029-01 (PLF)<br><br>USM Number:   28498-016<br><br>Edward C. Sussman<br>Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    1 through 8 of the Superseding Indictment

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. 846 | Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base and 500 Grams or More of Cocaine Base | 1/31/2006 | 1s |

The defendant is sentenced as provided in pages 2 through ___11___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)  1-9 of the original Indictment    is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 18, 2008
Date of Imposition of Judgment

_Signature of Judge_

| | |
|---|---|
| Paul L. Friedman | U. S. District Judge |
| Name of Judge | Title of Judge |

June 20, 2008
Date

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 1A

DEFENDANT: ANTHONY STEWART

Judgment—Page __2__ of __11__

CASE NUMBER: 06-029-01 (PLF)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. 841(a)(1) and 841(b)(1)(A)(iii) and 18 U.S.C. 2 | Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting | 3/1/2005 | 2s |
| 21 U.S.C. 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. 2 | Unlawful Distribution of Cocaine and Aiding and Abetting | 3/1/2005 | 3s |
| 21 U.S.C. 841(a)(1) and 841(b)(1)(A)(iii) and 18 U.S.C. 2 | Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting | 3/30/2005 | 4s |
| 21 U.S.C. 841(a)(1) and 841(b)(1)(A)(iii) and 18 U.S.C. 2 | Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting | 7/28/2005 | 5s |
| 21 U.S.C. 841(a)(1) and 841(b)(1)(A)(iii) and 18 U.S.C. 2 | Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting | 9/12/2005 | 6s |
| 21 U.S.C. 841(a)(1) and 841(b)(1)(B)(ii) and 18 U.S.C. 2 | Unlawful Possession With Intent to Distribute 500 Grams or More of Cocaine and Aiding and Abetting | 1/26/2006 | 7s |
| 21 U.S.C. 841(a)(1) and 841(b)((1)(C) | Unlawful Possession With Intent to Distribute Cocaine Base | 1/26/2006 | 8s |

AO 245B    (Rev. 06/05) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page   3   of   11

DEFENDANT:  ANTHONY STEWART
CASE NUMBER:  06-029-01 (PLF)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

One hundred twenty (120) months on each of counts 1s through 8s to be served concurrently.  The defendant shall receive credit for time already served.

☑  The court makes the following recommendations to the Bureau of Prisons:

Incarceration as close to the Washington, D.C. metropolitan area as possible.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

Judgment—Page __4__ of __11__

DEFENDANT:  ANTHONY STEWART
CASE NUMBER:  06-029-01 (PLF)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

Sixty (60) months

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B      (Rev. 06/05) Judgment in a Criminal Case
             Sheet 3A — Supervised Release

Judgment—Page  5  of  11

DEFENDANT:  ANTHONY STEWART
CASE NUMBER:  06-029-01 (PLF)

# ADDITIONAL SUPERVISED RELEASE TERMS

The defendant shall pay an $800.00 special assessment which is immediately payable to the Clerk of the Court for the U. S. District Court, District of Columbia.  Within 30 days of any change of address, the defendant shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.  The defendant shall make payments on the special assessment through the U. S. Bureau of Prisons' Inmate Financial Responsibility Program.

The defendant shall forfeit any property constituting or derived from drug trafficking activity, any proceeds obtained, and any property used to commit or facilitate drug trafficking.  Specifically, the defendant shall forfeit $4,500.00 in U. S. currency obtained on January 4, 2005; $7,500.00 in U. S. currency obtained on March 1, 2005; $15,000.00 in U. S. currency obtained on March 30, 2005; $1,900.00 obtained on July 28, 2005; and $3,600.00 in U. S. currency obtained on September 12, 2005, for which he is jointly and severally liable with Gilbert Hugh Thomas.

Within 72 hours of his release from custody, the defendant shall report in person to the probation office in the district to which he is released.  While on supervision, the defendant shall not possess a firearm or other dangerous weapon, shall not use or possess an illegal controlled substance, and shall not commit another federal, state or local crime.  The defendant shall abide by the general conditions of supervision adopted by the U. S. Probation Office, as well as the following special conditions:

Pursuant to 42 U.S.C. section 14135a, for all felony offenses, the defendant shall submit to the collection and use of DNA identification information while incarcerated in the Bureau of Prisons, or at the direction of the U. S. Probation Office.

The defendant shall comply with the Bureau of Immigration and Customs Enforcement's immigration process.  If deported, the defendant shall not re-enter the United States without legal authorization during the period of supervision.  Should the defendant receive permission to return to the United States, he shall report to the U. S. Probation Office in the area where he intends to reside within 72 hours of his return.

The defendant shall provide the Probation Office with access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business financial information in which he has control or interest.

The defendant shall pay any balance of the special assessment at a rate of no less than $50.00 each month and shall provide verification of payments to the Probation Office.

| Judgment — Page | 6 | of | 11 |

DEFENDANT: ANTHONY STEWART
CASE NUMBER: 06-029-01 (PLF)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 800.00 | $ 0 | $ 0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ 0.00 | $ _____ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments
Case 1:06-cr-00029-PLF    Document 42    Filed 06/23/2008    Page 7 of 7

| | | |
|---|---|---|
| | Judgment — Page | 7 of 11 |

DEFENDANT: ANTHONY STEWART
CASE NUMBER: 06-029-01 (PLF)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

      ☐ not later than _____ , or
      ☐ in accordance    ☐ C,    ☐ D,    ☐ E, or    ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

> The defendant shall pay an $800.00 special assessment which is immediately payable to the Clerk of the Court for the U. S. District Court, District of Columbia. Within 30 days of any change of address, the defendant shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full. The defendant shall make payments on the special assessment through the U. S. Bureau of Prisons' Inmate Financial Responsibility Program.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:

> $4,500.00 in U. S. currency obtained on January 4, 2005; $7,500.00 in U. S. currency obtained on March 1, 2005; $15,000.00 in U. S. currency obtained on March 30, 2005; $1,900.00 obtained on July 28, 2005; and $3,600.00 in U. S. currency obtained on September 12, 2005, for which he is jointly and severally liable with Gilbert Hugh Thomas.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.