UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              :

v.                                    :   CR. NO. 06-029-01 (PLF)

ANTHONY STEWART                       :

**FILED**
**JUN 24 2008**
Clerk, U.S. District and
Bankruptcy Courts

NOTICE OF APPEAL

*Name and Address of Appellant*: Anthony Stewart, DCDC No. 308-187, D.C. Jail 1901 D Street, S.E., Washington, D.C. 20003.

*Name and Address of Defense Counsel*: Edward C. Sussman, Suite 900, 601 Pennsylvania Avenue N.W., Washington, D.C. 20004.

*Offenses*: 21 U.S.C. §846, et. seq.

*Concise Statement of Judgment*: Defendant sentenced to serve 120 months in prison on all offenses, to run concurrently, imposed on June 18, 2008, following his plea of guilty to the offense listed above.

June 18, 2008                              /s/
Date                                       Appellant

                                           Edward C. Sussman No. 174623
                                           Attorney for Appellant

CJA , NO FEE ___X___

Does counsel wish to appear on appeal?   No

*Docketing Statement not submitted*

1

This appeal is pursuant to the Criminal Justice Act and the Sentencing Reform Act of 1984. Transcripts have not been ordered.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 18th day of June, 2008, by first class mail, on Emory Coale, 555 4th Street N.W., Washington, D.C. 20530.

Edward C. Sussman